

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Miguel Ramos Lopez, Appellant

No. 06-13-00143-CR        v.

The State of Texas, Appellee

Appeal from the 217th District Court of Angelina County, Texas (Tr. Ct. No. 2013-0054).  Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to reflect Section 22.021 of the Texas Penal Code as the correct statute for the offense of which Lopez was convicted.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Miguel Ramos Lopez, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED OCTOBER 25, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk